IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ＰＧ D.C.

05 JUN 10 PM 4:06

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 04-20101-Ma

DALE ELMORE,

    Defendant.

### ORDER RESETTING SENTENCING DATE

Before the court is the defendant's June 8, 2005, motion to reset the sentencing of Dale Elmore, which is presently set for June 10, 2005. Counsel for the government does not object. For good cause shown, the motion is granted. The sentencing of defendant Dale ELMORE is **reset to Friday, June 17, 2005, at 1:30 p.m.**

It is so ORDERED this 10th day of June, 2005.

                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:04-CR-20101 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

David A. Linzmeyer
FMC-LEXINGTON
23218-044
P.O. Box 14500
Lexington, KY 40512

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

Honorable Samuel Mays
US DISTRICT COURT